# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | NO. 3:19-CR-00116-1 |
| ) | REEVES/GUYTON |
| **JEFFREY PATRICK TURNER** ) | |
| ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment, that is, of conspiracy to commit an offense or to defraud the United States by counterfeiting obligations of the United States, in violation of 18 U.S.C. § 371; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find that Defendant shall remain on supervised release until sentencing in this matter [D. 34]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 34] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

1

(2) Defendant's plea of guilty to Count One of the Indictment, that is, conspiracy to commit an offense or to defraud the United States by counterfeiting obligations of the United States, in violation of 18 U.S.C. § 371, is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth Count One of the Indictment;

(4) Defendant **SHALL REMAIN** on supervised release in this matter until sentencing which is scheduled to take place on **April 21, 2020 at 2:30 p.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**IT IS SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**